AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

U.S. MARSHAL-DC PM3:45
RECEIVED FEB 1 '24

for the

District of Columbia

United States of America
v.

JOSEPH ROBINSON

*Defendant*

)
)
)
)
)

Case: 1:24-mj-00043
Assigned To : Harvey, G. Michael
Assign. Date : 02/01/2024
Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    **JOSEPH ROBINSON**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable
of Imprisonment for a Term Exceeding One Year

Date:    02/01/2024

2024.02.01
14:22:18 -05'00'

*Issuing officer's signature*

City and state:    Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/1/24 , and the person was arrested on *(date)* 2/2/24 at *(city and state)* Washington DC . |
| Date: 2/2/24 |
| *Arresting officer's signature* |
| DUSM Michael Brennan |
| *Printed name and title* |